UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SHEHEE, | ) NO. CV 08-6480-FMC(E) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| LEROY BACA, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Petitioner's Motion for Leave to File a First Amended Petition is denied.

IT IS FURTHER ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2   the Magistrate Judge's Report and Recommendation and the Judgment
3   herein by United States mail on Petitioner and counsel for Respondent.

5        LET JUDGMENT BE ENTERED ACCORDINGLY.

7             DATED:   March 27, 2009

10   _____
                FLORENCE-MARIE COOPER
11              UNITED STATES DISTRICT JUDGE

2