UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY SHEHEE, | ) | NO. CV 08-6480-FMC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LEROY BACA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  March 27, 2009

_/s/ Florence-Marie Cooper_
_____
    FLORENCE-MARIE COOPER
  UNITED STATES DISTRICT JUDGE